THE PEOPLE OF THE STATE OF NEW YORK ex rel. DERRICK DEACON, Appellant, v CHRISTOPHER P. ARTUZ, Respondent. [633 NYS2d 983] —Appeal from a judgment of the Supreme Court, Dutchess County (Hillery, J.), dated January 9, 1995.

Ordered that the judgment is affirmed, without costs or disbursements, for the procedural reasons stated by Justice Hillery at the Supreme Court. Balletta, J. P., Rosenblatt, Pizzuto, Joy and Altman, JJ., concur.